UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE ARTHUR DOUGLAS,<br><br>    Petitioner,<br>v.<br><br>ERIC ARNOLD,<br><br>    Respondent | No. 2:17-cv-1592 KJN P<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE AMICUS BRIEF BY THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION AND THE NATIONAL ASSOCIATION OF THE DEAF** |

Petitioner is a state prisoner, proceeding without counsel. On August 24, 2017, a request to file amicus brief was filed. Good cause appearing, **IT IS HEREBY ORDERED** that:

1. The request to file Amicus Brief by the American Civil Liberties Union Foundation and the National Association of the Deaf (ECF No. 13-1) is granted; and

2. The Clerk of the Court shall docket and file the Amicus Brief provided on August 24, 2017 (ECF No. 13-1).

Dated: August 28, 2017

/doug1592.ab

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE